UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN R. FORTENBERRY, JR.,

    Petitioner,

Case No. 24-cv-13290
Hon. Matthew F. Leitman

v.

ERIC RARDIN,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                KINIKIA ESSIX
                CLERK OF COURT

        By:    s/Holly A. Ryan
                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2025
Detroit, Michigan